**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| MARKIEE QUANTAS JONES, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 5:26-cv-350-TES-AGH |
| WARDEN TEKETA JESTER, *et al.*, | : | |
| Defendants. | : | |

**ORDER**

Pending before the Court are a Complaint and two *in forma pauperis* (IFP) motions filed by *pro se* Plaintiff Markiee Quantas Jones, an inmate in the Hancock State Prison in Sparta, Georgia (ECF Nos. 1, 2, 5). As Plaintiff cannot pay the relevant costs, his motions (ECF Nos. 2, 5) are **GRANTED**.

A prisoner allowed to proceed IFP must still pay the full amount of the $350.00 filing fee in installments based on funds in his prisoner's account. When a prisoner has funds in his account, he must pay an initial partial filing fee of twenty percent of the greater of (1) the average monthly deposits to the prisoner's account, or (2) the average monthly balance in the prisoner's account for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(b)(1).

A review of Plaintiff's account certification shows his average monthly balance for the last six months is $844.17, he has a positive account balance, and he receives regular deposits. Acct. Cert. 1, ECF No. 2-1. Twenty percent of $844.17 is $168.83. Thus, Plaintiff is **ORDERED** to pay an initial partial filing fee of $168.83.

Following payment of the initial partial filing fee, money will be deducted from Plaintiff's account until the filing fee ($350.00) is paid in full as set forth in § 1915(b) and explained below. The **CLERK** shall forward a copy of this **ORDER** to the business manager of the facility in which Plaintiff is incarcerated so that withdrawals from his account may commence. The district court's filing fee is not refundable, regardless of the outcome of the case, and must therefore be paid in full even if the Plaintiff's complaint (or any part thereof) is dismissed prior to service.

It is **ORDERED** that the warden of the institution in which Plaintiff is incarcerated, or the sheriff of any county in which he is held in custody, and any successor custodians, each month cause to be remitted to the Clerk of this Court twenty percent (20%) of the preceding month's income credited to Plaintiff's account at said institution until the $350.00 filing fee has been paid in full. In accordance with the provisions of the Prison Litigation Reform Act (PLRA), Plaintiff's custodian is hereby authorized to forward payments from the prisoner's account to the Clerk of Court each month until the filing fee is paid in full, provided the amount in the account exceeds $10.00. It is further **ORDERED** that collection of monthly payments from Plaintiff's trust fund account shall continue until the entire $350.00 has been collected, notwithstanding the dismissal of Plaintiff's lawsuit or the granting of judgment against him prior to the collection of the full filing fee.

Plaintiff's release from incarceration/detention does not release him from his obligation to pay the installments incurred while he was in custody. He remains obligated to pay those installments justified by the income in his prisoner trust

account while he was detained. If Plaintiff fails to remit such payments, the Court authorizes collection from Plaintiff of any balance due on these payments by any means permitted by law. Plaintiff's Complaint may be dismissed if he is able to make payments but fails to do so or if he otherwise fails to comply with the PLRA.

Plaintiff's motions to proceed IFP (ECF Nos. 2, 5) are **GRANTED**, and Plaintiff is **ORDERED** to pay an initial partial filing fee of $168.83. While Plaintiff's custodian is ordered to make subsequent payments on Plaintiff's behalf, Plaintiff should note that it is **HIS RESPONSIBLITY** to pay the initial partial filing fee. Thus, Plaintiff must arrange with the appropriate official to ensure the initial partial filing fee is paid. Plaintiff shall have **FOURTEEN (14) DAYS** from the date shown on this Order to pay the required initial partial filing fee to the Clerk of Court. Thereafter, Plaintiff's custodian shall remit the future monthly payments.

Plaintiff's failure to pay the initial partial filing fee will likely result in the dismissal of this action. If circumstances have changed and Plaintiff cannot pay the initial partial filing fee as ordered, Plaintiff should file a renewed motion for leave to proceed IFP, accompanied by an updated prison trust fund account statement covering the most recent six months, explaining such change in circumstances within **FOURTEEN (14) DAYS** of the date of this Order. Plaintiff shall also keep the Court informed of any address change and his failure to do so may result in dismissal.

**SO ORDERED**, this 6th day of October, 2026.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE